

NUMBER 13-15-00019-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SKY VIEW AT LAS PALMAS, LLC
AND ILAN ISRAELY,                                                    Appellants,

v.

ROMAN GERONIMO MARTINEZ MENDEZ
& SAN JACINTO TITLE SERVICES
OF RIO GRANDE VALLEY, LLC,                                    Appellees.

On appeal from the 370th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

Before Justices Benavides, Longoria, and Perkes
Memorandum Opinion by Justice Benavides

Appellants, Sky View at Las Palmas, LLC and Ilan Israely, perfected an appeal

from a judgment entered by the 370th District Court of Hidalgo County, Texas, in cause

number C-1401-10-G(4).   The parties have filed a joint motion to dismiss the appeal on

grounds that all matters in controversy between them in this cause have been settled. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Delivered and filed the
7th day of March, 2019.

2